# Intended Notice Recipients – Method of Notice

District/Off: 0209–2     User: hirsch     Date Created: 3/1/2007
Case: 2–06–20798–JCN     Form ID: ntcentry     Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr    George M. Reiber    trustee13@roch13.com, greiber@roch13.com
aty   Mark E. Lewis       lewislegalservices@yahoo.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db    Jeremy W. Freeman       419 Rochester Street       Avon, NY 14414
aty   Francesco Fabiano       Fabiano &Associates, P.C.  1035 Seventh North Street    Syracuse, NY 13088
      Kathleen Schmitt, Esq.  100 State Street           Room 609                      Rochester, NY 14614

TOTAL: 3